THE LAW OFFICES OF
# BRUCKNER BURCH PLLC
A PROFESSIONAL LIMITED LIABILITY CORPORATION

8 Greenway Plaza, Suite 1500
Houston, Texas 77046
(713) 877-8788 Telephone
(713) 877-8065 Telecopier

July 17, 2017

**VIA CM/ECF**
Hon. Vanessa Gilmore
United States District Court for the
Southern District of Texas
515 Rusk Avenue, Room 9513
Houston, Texas 77002

      **Re:** *Hickson et al. v. Keane Group Holdings LLC et al.*
            **No. 4:16-cv-3734**

Dear Judge Gilmore,

    The parties reached an agreement regarding conditional certification in this case. We will submit a joint stipulation regarding conditional certification within the next 30 days.

    We respectfully request the Court adjourn the hearing on Class Certification scheduled for July 21, 2017 (ECF No. 31).

    We thank the Court for its time and consideration.

                                                Sincerely,

                                                **/s/ Rex Burch**

                                                Richard (Rex) Burch

CC:    All Counsel of Record (via CM/ECF)
           Byron Thomas, Case manager (via email to Byron_Thomas@txs.uscourts.gov)