United States District Court
Southern District of Texas

**ENTERED**

June 13, 2018

David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| TONY HICKSON, LARRY VILLA, and CHRISTOPHER WILKINS, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> -against- <br><br> KEANE GROUP HOLDINGS, LLC; KEANE FRAC TX, LLC; KEANE FRAC, LP; KEANE FRAC GP LLC; and KEANE FRAC ND, LLC; <br><br> Defendants. | No: 4:16-cv-3734 |

**ORDER GRANTING AGREED MOTION FOR**
**APPROVAL OF FLSA COLLECTIVE ACTION SETTLEMENT**
**AND CERTIFICATION OF THE SETTLEMENT CLASS**

The Agreed Motion for Approval of FLSA Collective Action Settlement and Certification of the Settlement Class is GRANTED. The Court therefore ORDERS that:

1. The parties shall proceed with the settlement program described in the Settlement Agreement;

2. This case is conditionally dismissed and closed for administrative purposes; and

3. The Court retains jurisdiction for the purposes of implementing the Settlement Agreement and all its terms. *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381–82 (1994).

Signed on _____, 2018.

VANESSA D. GILMORE
UNITED STATED DISTRICT JUDGE